# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CV420** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ALISON M. COCKERILL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter comes before this Court on the Motion of the Plaintiff for an Order Striking Filing No. 13, Index of Evidentiary Materials Submitted by the United States in Support of its Motion for Default Judgment and Motion for Leave to Refile, (Filing No. 14) for the reason that the document was incorrectly filed using the electronic case filing system. For good cause shown,

**IT IS ORDERED**

1. The plaintiff's motion (Filing No. 14) is granted.
2. The Clerk's Office shall strike Filing No. 13 from the record.
3. The plaintiff shall re-file its Index of Evidentiary Materials in Support of its Motion for Default Judgment.

DATED this 6th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge