IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>                      Plaintiff,             )<br>                                                              )<br>            v.                                            )<br>                                                              )<br>ALISON M. COCKERILL, et al.,       )<br>                                                              )<br>                      Defendants.        )<br>                                                              ) | 8:05CV420<br><br><br>ORDER |

IT IS ORDERED that the hearing on plaintiff's Motion for Default Judgment, Filing No. 12, is rescheduled before the undersigned on **January 5, 2006, at 8:30 a.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Any party may participate telephonically by contacting chambers (402/661-7302) at least 24 hours before the hearing.

The Clerk's Office is directed to mail a copy of this order to the defendants at their last known addresses of record.

DATED this 15th day of December, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge